PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| )  | |
| vs.                                                    ) | **Docket Number:  2:06CR00311-01** |
| ) | |
| **CHERYL ANN BUSH**                      ) | |
| ) | |

On April 30, 2004, the above-named was placed on supervised release for a period of 5 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that Cheryl Ann Bush be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:        February 5, 2007
              Sacramento, California
              CJM:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS
                     Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **CHERYL ANN BUSH**
    **Docket Number:   2:06CR00311-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Cheryl Ann Bush be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  February 5, 2007

*(signed)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:     United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office